### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### AT MEMPHIS

| | |
|---|---|
| LB HIGGINBOTHAM, | * |
| Plaintiff | * |
| v. | *   No. 2:21-cv- |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant | * |

### NOTICE OF APPEARANCE

Comes your Defendant, State Farm Fire and Casualty Company, by and through counsel, and gives notice of the appearance of attorney Adam R. Duggan on behalf of the Defendant.

Respectfully submitted, this the 12th day of July 2021.

**KAY|GRIFFIN, PLLC**

/s/Adam R. Duggan
Matthew J. Evans    BPR #017973
Adam R. Duggan    BPR #035121
900 S. Gay Street, Suite 1810
Knoxville, Tennessee  37902
Matthew.Evans@kaygriffin.com
aduggan@kaygriffin.com
(865) 314-8422
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Notice of Appearance* was filed electronically on the 12th day of July 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

                                                      /s/ *Adam R. Duggan*
                                                      Adam R. Duggan